EXHIBIT A

Budget (as amended)

| Week Ending on Friday: | Jan 4th | 11-Jan | 18-Jan | 25-Jan | 1-Feb | 8-Feb | 15-Feb | 22-Feb | 1-Mar | 8-Mar | 15-Mar | 22-Mar | 29-Mar | 3 Month Sum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Payments | | | | | | | | | |
| Office Rent etc | $19,500 | | | | $19,500 | | | | $19,500 | | | | | $58,500 |
| Audit/tax/Insurance | $25,000 | | $25,000 | | | | $25,000 | $15,000 | | | | | | $90,000 |
| Non-restructuring legal costs | | $25,000 | | | | $25,000 | $25,000 | | | $25,000 | | | | $100,000 |
| Software licensing/IT Equipment | | $10,000 | | | $10,000 | | | | $10,000 | | | | | $30,000 |
| Travel budget | | | | | | | | | | | | $10,000 | | $10,000 |
| Current Employees | | $51,500 | | $51,500 | | $51,500 | | $51,500 | | $51,500 | | $51,500 | | $309,000 |
| Benefits | $15,000 | | | | $15,000 | | | | $18,000 | | | | | $48,000 |
| Expense reimbursement | | | $10,000 | | | | | $10,000 | | | $10,000 | | | $30,000 |
| Current Consultants | | $20,000 | | | $20,000 | | | | $20,000 | | | | | $60,000 |
| New Employees (5 in March) | | | | | | | | | $30,000 | | | | | $30,000 |
| New Consultants (4 in Feb) | | | | | $40,000 | | | | $40,000 | | | | | $80,000 |
| Manufacturing Vendors | 251,160 | 316,590 | 48,400 | 25,080 | | 49,200 | | | 37,682 | 1,500 | 0 | | 31,000 | 760,612 |
| Restructuring costs | | 5,000 | | | | | | | | | | | 300,000 | 305,000 |
| Total Weekly Expenditures | $310,660 | $428,090 | $83,400 | $76,580 | $104,500 | $125,700 | $50,000 | $76,500 | $175,182 | $78,000 | $10,000 | $61,500 | $331,000 | $1,911,112 |
| Monthly Totals | January = | $898,730 | | | February | $356,700 | | | March= | $655,682 | | | | |