# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| ANGEL MEDICAL SYSTEMS, INC., | : Case No. 18-12903 (KG) |
| Debtor. | : |

### DECLARATION OF JEFFREY R. WAXMAN
### REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST IN CONNECTION WITH THE AMENDED PLAN OF REORGANIZATION FOR ANGEL MEDICAL SYSTEMS, INC.

I, Jeffrey R. Waxman, declare, under the penalty of perjury:

1. I am a partner of Morris James LLP ("Morris James"),[1] located at 500 Delaware Avenue, Suite 1500, Wilmington, DE 19801. I am over eighteen years of age, and I submit this Declaration with respect to the solicitation of votes and the tabulation of ballots cast on the Amended Plan of Reorganization dated December 26, 2018 [Docket No. 4] (as may be amended, modified and supplemented, the "Plan") filed by Angel Medical Systems, Inc. (the "Debtor") in the above-captioned case (the "Bankruptcy Case").

2. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of the Debtor. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. On December 31, 2018 (the "Petition Date"), the Debtor commenced the Bankruptcy Case, and on January 16, 2019, the Debtor filed an Application to retain Morris James as Counsel and Balloting Agent to Debtor [Docket No. 42] (the "Retention Application"). Amount

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan.

other things, the Retention Application seeks to retain Morris James to review and tabulate the votes cast to accept or reject the Plan.

### The Plan and Disclosure Statement

4. On December 17, 2018, the Debtor served out a form of plan and disclosure statement to holders of the 2012 Notes, the 2014 Notes, and the 2016 Notes, together with ballots, to solicit votes to accept or reject its the Plan (the "Solicitation Package"). The deadline for submitting ballots was January 3, 2019. To address some minor changes to the Series A Offering and other non-material comments, the Debtor distributed an amended Plan and an amended disclosure statement (the "Amended Disclosure Statement") on December 26, 2018, and the Debtor extended the voting deadline until January 14, 2019.

5. On the Petition Date, the Debtor filed the Plan, and the Amended Disclosure Statement [Docket No. 5]. The Plan contained eight classes, three of which (Classes 1, 2, and 7) are unimpaired under the Plan. Three classes (Classes 3, 4, and 5), each comprised of certain notes, are the only classes entitled to vote under the Plan (the "Voting Classes"). The remaining two classes (Classes 6 and 8) are presumed to have rejected the Plan.

### Solicitation Motion, Service of Notices, and the Tabulation Process

6. On the Petition Date, the Debtor filed a Motion for Entry of Order (A) Scheduling Combined Hearing to Consider Approval of Plan and Disclosure Statement; (B) Establishing Deadline for Objections to Plan and Disclosure Statement; (C) Approving Solicitation Procedures; (D) Approving Confirmation Hearing Notice; and (E) Granting Related Relief [Docket No. 6] (the "Solicitation Motion"). On January 4, 2019, the Court entered an Order granting the Solicitation Motion [Docket No. 19] (the "Solicitation Procedures Order").

7. Among other things, the Solicitation Procedures Order scheduled a hearing on February 11, 2019 at 2:00 p.m. to consider the adequacy of the Disclosure Statement and confirmation of the Plan. Further, the Court set a deadline of February 4, 2019 at 4:00 p.m. for objections to the Disclosure Statement and confirmation of the Plan. Additionally, the Solicitation Procedures Order set December 14, 2018 as the record date for purposes of plan voting.

8. Finally, by the Solicitation Procedures Order, the Court required the service of the Notice of Non-Voting Status to be effectuated to all of the Debtor's known creditors and equity interest holders in Non-Voting Classes and other entities to be served under Bankruptcy Rules 2002 and 3017 within two business days of entry of the Solicitation Procedures Order. The Solicitation Procedures Order also required that the Debtor serve a combined hearing notice (the "Combined Hearing Notice") on: (i) holders of claims or interests, whether in Voting Classes or in the non-voting classes, (ii) all parties filing a notice of appearance and request for service pursuant to Bankruptcy Rule 2002 in these chapter 11 cases, (iii) the Internal Revenue Service, (iv) state and local taxing authorities in which the Debtor does business, (v) the Food Drug Administration and all other federal and state and local authorities that regulate any portion of the Debtor's business, (vi) the Securities and Exchange Commission, (vii) the United States Attorney for the District of Delaware, (viii) all counterparties to executory contracts and unexpired leases, (ix) the United States Trustee and (x) all persons or entities listed on the Debtor's creditor mailing matrix.

9. On January 7, 2018, the Debtor caused its claims and noticing agent to serve a copy of (i) the Notice of Non-Voting Status Regarding the Debtor's Plan and (i) a Combined Hearing Notice upon the parties, as required by the Solicitation Procedures Order. See Docket No. 28.

10. In accordance with the Solicitation Procedures Order, Morris James received and reviewed the ballots submitted by holders of claims in the Voting Classes. Each ballot submitted to Morris James was date-stamped and electronically scanned, and a hard copy was maintained by Morris James.

## Summary of Plan Voting

11. As set forth on Exhibit A, the Debtor received 57 ballots. A report of the final tabulation of Plan voting prepared by Morris James is attached hereto as Exhibit A.[2]

12. In Class 3, the Debtor received a total of 20 ballots totaling $19,116,101 of claims.[3] Of those ballots, 18 claimants holding a total of $7,566,101 of claims voted to accept, and 2 votes totaling $11,550,000 of claims voted to reject. Accordingly, Class 3 voted to accept 90% in number, and approximately 39.58% in amount.

13. In Class 4, the Debtor received a total of 19 ballots totaling $18,982,000 of claims. Of those ballots, 17 claimants holding a total of $3,882,000 of claims voted to accept, and 2 votes totaling $15,100,000 of claims voted to reject. Accordingly, Class 4 voted to accept approximately 89.47% in number, and approximately 20.45% in amount.

14. In Class 5, the Debtor received a total of 18 ballots totaling $1,585,747 of claims, all of which voted to accept. Accordingly, Class 5 unanimously voted to accept.

---

[2] One creditor, Brian Bertonazzi, holding a claim in each of Class 3 and Class 5 submitted ballots to accept the Plan, but he did not include an amount on his ballot. The Debtor has included each of the ballots as an acceptance of the Plan in the amount of $1 each. Additionally, the Debtor received three ballots from BioInfo Accelerator Fund, LLC (one in each class) stating that it was abstaining from voting. The Debtor has not counted any of the ballots of BioInfo Accelerator Fund, LLC in its tabulation.

[3] The Debtor remains in discussions with St. Jude Medical, Inc., and it anticipates that the parties will reach an agreement prior to the February 11, 2019 hearing. Currently, St. Jude Medical, Inc. has submitted ballots on account of its $11,500,000.00 Class 3 claim and its $15,000,000.00 Class 4. Both ballots voted to reject the Plan. The Debtor anticipates that, once the parties reach an agreement, St. Jude Medical, Inc. will submit superseding ballots to accept the Plan.

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of the ballots in connection with the Plan is true and correct.

February 7, 2019

_____
Jeffrey R. Waxman