# EXHIBIT A
## Voting Tabulation

| Class | Class Description | Number Accepting | Amount Accepting | Number Rejecting | Amount Rejecting | Percentage of Number Accepting | Percentage of Amount Accepting | Class Voting Result |
|---|---|---|---|---|---|---|---|---|
| 3 | 2012 Notes Claims | 18 | $7,566,101 | 2 | $11,550,000 | 90% | 39.58% | Reject |
| 4 | 2014 Notes Claims | 17 | $3,882,000 | 2 | $15,100,000 | 89.47% | 20.45% | Reject |
| 5 | 2016 Notes Claims | 18 | $1,585,747 | 0 | $0 | 100% | 100% | Accept |