# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANGEL MEDICAL SYSTEMS, INC., | ) | Case No. 18-12903 (KG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 11, 2019 AT 2:00 P.M. (ET)

**RESOLVED MATTERS:**

1. Application for Order Authorizing Employment of Honigman LLP as Counsel for the Debtor Nunc Pro Tunc to December 31, 2018 [Docket No. 41, filed on January 16, 2019]

    Objection Deadline: February 4, 2019 at 4:00 p.m. (ET).

    Objection(s)/Response(s) Received: Informal comments from the UST.

    Related Documents:

    (a) Supplemental Declaration of Joseph R. Sgroi in Support of Application for Order Authorizing Employment of Honigman LLP as Counsel for the Debtor Nunc Pro Tunc to December 31, 2018 [Docket No. 73, filed February 7, 2019]

    (b) Certification of Counsel [Docket No. 75, filed February 7, 2019]

    Status: A revised form of order has been submitted. No hearing is necessary unless otherwise directed by the Court.

2. Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Counsel and Balloting Agent for the Debtor and Debtor-in-Possession Effective Nunc Pro Tunc to the Petition Date [Docket No. 42, filed January 16, 2019]

    Objection Deadline: February 4, 2019 at 4:00 p.m. (ET).

    Objection(s)/Response(s) Received: Informal comments from the UST.

    Related Documents:

    (a)  Certificate of No Objection [Docket No. 76, filed February 7, 2019]

  Status: No hearing is necessary unless otherwise directed by the Court.

**MATTERS GOING FORWARD:**

 3. Modified Amended Plan of Reorganization [Docket No. 74, filed February 7, 2019]

   Objection Deadline: February 4, 2019 at 4:00 p.m. (ET).

   Objection(s)/Response(s) Received:

    (a)  Objection by the United States to Amended Plan of Reorganization and Disclosure Statement of Angel Medical Systems, Inc. [Docket No. 67, filed February 4, 2019]

   Related Documents:

    (b)  Amended Disclosure Statement [Docket No. 5, filed December 31, 2018]

    (c)  Debtor's Motion for Entry of Order (A) Scheduling Combined Hearing to Consider Approval of Plan and Disclosure Statement; (B) Establishing Deadline for Objections to Plan and Disclosure Statement; (C) Approving Solicitation Procedures; (D) Approving Confirmation Hearing Notice; and (E) Granting Related Relief [Docket No. 6, filed December 31, 2018]

    (d)  Order A) Scheduling  Combined Hearing to Consider Approval of Plan and  Disclosure Statement; (B) Establishing Deadline for Objections to Plan and Disclosure Statement; (C) Approving Solicitation Procedures; (D) Approving Confirmation Hearing Notice; and (E) Granting Related Relief [Docket No. 19, filed January 4, 2019]

    (e)  Notice of Filing of Plan Exhibits [Docket No. 63, filed February 4, 2019]

    (f)  Notice of Assumption of Executory Contracts and Unexpired Leases by Angel Medical Systems, Inc. [Docket No. 64, filed February 4, 2019]

      (g)      Notice of Rejection of Executory Contracts and Unexpired Leases by Angel Medical Systems, Inc. [Docket No. 66, filed February 4, 2019]

      (h)      Declaration of David L. Keenan in Support of Approval of Disclosure Statement and Confirmation of Modified Amended Plan of Reorganization of Angel Medical Systems, Inc. [Docket No. 77, filed February 7, 2019]

      (i)      Declaration of Jeffrey R. Waxman regarding the Solicitation of Votes and Tabulation of Ballots Case in Connection with the Amended Plan of Reorganization for Angel Medical Systems, Inc. [Docket No. 78, filed February 7, 2019]

      (j)      Memorandum of Law in Support of an Order Approving Disclosure Statement and Confirming Modified Amended Plan of Reorganization of Angel Medical Systems, Inc. [Docket No. 79, filed February 7, 2019]

      (k)      Findings of Fact, Conclusions of Law and Order Approving Amended Disclosure Statement and Confirming the Modified Amended Plan of Reorganization of Angel Medical Systems, Inc. [Docket No. 80, filed February 7, 2019]

Status: This matter is going forward.

4. Debtor's Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Court of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 24, filed January 7, 2019]

    Objection Deadline: January 18, 2019 at 4:00 p.m. (ET). Extended to February 4, 2019 at 4:00 p.m. (ET) for the United States Trustee.

    Objection(s)/Response(s) Received:

      (a)      United States Trustee's Objection to Debtor's Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective Nunc Pro Tunc to the Petition Date [Docket No. 62, filed February 4, 2019]

    Related Documents:

    (b)    Supplement to Debtor's Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Court of Business, Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 44, filed January 17, 2019]

Status: This matter is going forward.

Dated: February 7, 2019         **MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Jeffrey R. Waxman (Bar No. 4159)
Eric J. Monzo (Bar No. 5214)
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-5842
Facsimile: (302) 504-3942
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com

   -and-

HONIGMAN LLP
Joseph R. Sgroi, Esquire
Glenn S. Walter, Esquire
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-7713
E-mail: jsgroi@honigman.com
E-mail: gwalter@honigman.com

*Proposed Co-Counsel to the Debtor and Debtor-in-Possession*