# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | |
| ANGEL MEDICAL SYSTEMS, INC., ) | Chapter 11 |
| a Delaware corporation, ) | Case No. 18-12903 (KG) |
| ) | |
| Debtor.[1] ) | |
| ) | |

## NOTICE OF ENTRY OF ORDER CONFIRMING MODIFIED AMENDED PLAN OF ANGEL MEDICAL SYSTEMS, INC. AND OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Confirmation of the Plan**. On February 11, 2019, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 91] (the "Confirmation Order") confirming the *Modified Amended Plan of Angel Medical Systems, Inc.*, dated February 7, 2019 [Docket No. 74] (as it may have been amended, supplemented or modified, the "Plan"), in the chapter 11 case of the above-captioned debtor and debtor in possession (the "Debtor"). Unless otherwise defined in this Notice, capitalized terms used but not defined herein shall have the meanings given to them in the Plan or Confirmation Order, as applicable.

2. **Effective Date**. The Effective Date of the Plan occurred on March 29, 2019, resulting in the substantial consummation of the Plan.

## BAR DATES

3. **Administrative Claim Bar Date**. Unless previously filed or as otherwise governed by any bar date order or another order of the Court, requests for payment of administrative expenses arising under Section 503 of the Bankruptcy Code (other than Professional Fees) ("Administrative Claims") arising after December 31, 2018, must be filed with the Bankruptcy Court and served on the Reorganized Debtor and its counsel no later than 30 days after the Effective Date (the "Administrative Claim Bar Date"). Holders of Administrative Claims entitled to priority under section 503(b)(9) of the Bankruptcy Code that have asserted such claims as part of a proof of claim filed in accordance with the *Order (I) Establishing Bar Dates for Filing Claims and (II) Approving the Form and Manner of Notice Thereof* dated January 23, 2019 [Docket No. 52] (the "Bar Date Order") shall not be required to file additional requests for payment of Administrative Claims with the Court to maintain their assertion of such Administrative Claims, and the applicable deadline set by the Bar Date Order shall continue to apply to such Claims. **Holders of Administrative Claims that are required to file and serve a**

---

[1] The Debtor's address is 40 Christopher Way, Suite 201, Eatontown, NJ 07724. Its EIN is 52-2360129.

**request for payment of such Administrative Claims and that do not file and serve such a request by the Administrative Claim Bar Date shall be forever barred from asserting such Administrative Claims against the Debtor, the Reorganized Debtor or their respective property, and such Administrative Claims shall be discharged as of the Effective Date.**

4. **Professional Compensation**.  Each Professional requesting compensation pursuant to sections 330, 331, 363, or 503(b) of the Bankruptcy Code for services rendered in connection with the Chapter 11 Case prior to the Effective Date shall file with the Bankruptcy Court, and serve on the Reorganized Debtor, an application for allowance of final compensation and reimbursement of expenses in the Chapter 11 Case on or before the forty-fifth (45th) day following the Effective Date.

5. **Bar Date for Rejection Claims**.  Unless otherwise provided by an order of the Court, any asserted Claims arising from the rejection of an Executory Contract or Unexpired Lease must be filed by Holders of such Claims with the Court and served on the parties entitled to notice under this Plan no later than sixty (60) days after the later of (a) the Effective Date or (b) the effective date of such rejection, subject to the Reorganized Debtor's right to object thereto.

6. **Copies of Plan and Confirmation Order**.  A copy of the Plan, the Confirmation Order, or any other related documents may be obtained from the Bankruptcy Court's website at http://ecf.deb.uscourts.gov or, free of charge, at https://cases-cr.stretto.com/angelmedical.

Dated: April 1, 2019					**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman
Jeffrey R. Waxman (Bar No. 4159)
Eric J. Monzo (Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone:  (302) 888-5842
Facsimile:  (302) 504-3942

  -and-

HONIGMAN LLP
Joseph R. Sgroi, Esquire
Glenn S. Walter, Esquire
2290 First National Building
660 Woodward Avenue
Detroit, Michigan  48226-3506
Telephone:  (313) 465-7000
Facsimile:  (313) 465-7713

Counsel to the Debtor